tioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question VIII presented by the petition and case set for oral argument in tandem with No. 87–6026, *Wilkins* v. *Missouri* [certiorari granted, 487 U. S. 1233], in place of No. 87–5666, *High* v. *Zant, Warden* [certiorari granted, 487 U. S. 1233].

No. 88–348. NEW ORLEANS PUBLIC SERVICE INC. v. COUNCIL OF THE CITY OF NEW ORLEANS ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–5270. IN RE DENNIS. Petition for writ of mandamus and/or prohibition denied.

No. 88–389. PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO v. BETTS. Appeal from C. A. 6th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 88–10. HARTE-HANKS COMMUNICATIONS, INC. v. CONNAUGHTON. C. A. 6th Cir. Certiorari granted.

No. 88–155. TEXAS v. JOHNSON. Ct. Crim. App. Tex. Certiorari granted.

No. 88–40. UNITED STATES v. ZOLIN ET AL. C. A. 9th Cir. Certiorari granted. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 87–2006. ILLINOIS v. MADISON. Sup. Ct. Ill. Certiorari denied.

No. 87–2111. EASTER HOUSE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–7203. BURTON v. EVANS. C. A. 8th Cir. Certiorari denied.

No. 87–7226. GIBBONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–7244. AARON v. SULLIVAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.